IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE
MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

J.C., A CHILD,

      Appellant,

 v.                                   Case No.  5D21-3175
                                       LT Case Nos. 2019-CJ-757
                                                      2020-CJ-86
                                                      2020-CJ-99
                                                      2020-CJ-125
                                                      2020-CJ-300
                                                      2021-CJ-490

STATE OF FLORIDA,

      Appellee.
_____/

Decision filed September 13, 2022

Appeal from the Circuit Court
for Lake County,
Cary Frank Rada, Judge.

Matthew J. Metz, Public Defender, and Betty Wyatt,
Assistant Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General, Tallahassee, and
Rebecca Rock McGuigan, Assistant Attorney
General, Daytona Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

EDWARDS, EISNAUGLE and HARRIS, JJ., concur.